**NOT RECOMMENDED FOR PUBLICATION**
File Name: 09a0241n.06
Filed: March 31, 2009

No. 07-4472

## UNITED STATES COURT OF APPEALS

## FOR THE SIXTH CIRCUIT

| | |
|---|---|
| United States of America, | ) |
| | ) |
| **Plaintiff-Appellee** | ) |
| | ) |
| **v.** | )     **ORDER** |
| | ) |
| Clennie Manning, | ) |
| | ) |
| **Defendant-Appellant.** | ) |
| | ) |
| | ) |

**BEFORE:** MERRITT, ROGERS, and WHITE, Circuit Judges.

Pursuant to the government's motion, we hereby amend our previous opinion by striking the sentence on page 9 that stated: "No Presentence Report (or Supervised Release Violation Report) was prepared, and thus we cannot presume that the district court considered the Guidelines despite failing to mention them." In its place, we insert the following sentence and footnote: "No Presentence Report (or Supervised Release Violation Report) was filed with the district court,[5] and

---

[5]The government has indicated that a Supervised Release Violation Report was prepared and subsequently updated, but never filed with the district court. At the government's request, we amend our previous opinion, which stated that no such report was ever prepared, "so as to reflect the work of the Probation Department, and so that the record is correct."

thus we cannot presume that the district court considered the Guidelines despite failing to mention

them."

Accordingly, it is so ORDERED.

ENTERED BY ORDER OF THE COURT


_____

Leonard Green, Clerk